# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| William Joseph Rolon, ) | |
| ) | |
| ) | Civil Action. No.  0:13-cv-01009-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon the parties' Joint Stipulation for an award of attorney's fees to Plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 26). The parties have agreed to a compromise settlement reimbursement for Plaintiff's counsel's representation in the captioned matter in the amount of $5,000.00 in attorney's fees.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by his counsel in connection with the above listed matter.

The court has reviewed the parties' signed Joint Stipulation for EAJA fees (ECF No. 26). Pursuant to the EAJA, the court finds that Plaintiff's counsel's request for fees is reasonable.

Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $5,000.00. *See* 28 U.S.C. §§ 2412(c)(1) and 2414.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to

Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

September 29, 2014
Columbia, South Carolina

2